### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Kara Spitler  
Probation Officer: Laura D. Ansart

Date: September 26, 2013

Criminal Action No.: 13-cr-00185-JLK

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA, Geoffrey Rieman

    Plaintiff,

v.

SERGIO DE JESUS GONZALEZ, Matthew K. Belcher

    Defendant.

### SENTENCING MINUTES

**11:06 a.m.**    Court in session.

Court calls case.  Appearances of counsel.  Defendant present in custody.

**Change of Plea Hearing:**   July 2, 2013.

**Defendant plead guilty to Count One of the Indictment.**

Preliminary remarks by the Court.

Interpreter sworn.

Judge Kane commends and thanks the Interpreters for their services to our courts.

Defendant sworn.

Parties received and reviewed the presentence report.

*13-cr-00185-JLK*
*Sentencing*
*September 26, 2013*

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:** Government's Motion To Grant The Defendant An Additional One-Level Decrease Pursuant To U.S.S.G. § 3E1.1(b) [Filed 8/21/13; Doc. No. 18] is  GRANTED.

**ORDERED:** Defendant's Motion For A Downward Variance Pursuant To 18 U.S.C. § 3553(a) [Filed 9/12/13; Doc. No. 20] is GRANTED.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count One** to a term of imprisonment of **30 months**.

It is the RECOMMENDATION of this Court that the Bureau of Prisons place the Defendant in the RDAP program.

**SUPERVISED RELEASE:** None shall be imposed.  Upon release from imprisonment, defendant shall be immediately deported.

Defendant, once deported, shall not return to the United States illegally.  If the defendant re-enters or remains in the United States illegally, possess a firearm or illegally possess a controlled substance, he will be subject to further federal prosecution.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:52 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 46 minutes.